FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 JUL 18 AM 10: 36

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| FRANCISCO DIAZ, | ) |
| Petitioner, | ) |
| v. | ) CV 305-070 |
| MICHAEL V. PUGH, Warden, | ) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **MOOT**, this civil action is **DISMISSED**, and an appropriate judgment of dismissal shall be **ENTERED** in favor of Respondent.

SO ORDERED this 15th day of July, 2005.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT

# United States District Court
## Southern District of Georgia

Francisco Diaz )

vs ) CASE NUMBER CV305-70

Michael V. Pugh ) DIVISION DUBLIN

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/18/05 , which is part of the official record of this case.

Date of Mailing: 7/18/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: Walker Prescott
Deputy Clerk

Name and Address

Daniel E. Bennett US Attorney's Office PO. Box 8970 Savannah, Ga. 31412
Francisco Diaz REG57828-198 McRae Correctional Institute 1000 A. Jim Hammock Dr. McRae, Ga. 31055

☐ Copy placed in Minutes
[X] Copy given to Judge
☐ Copy given to Magistrate